IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**FILED**

JAN 1 7 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:24-cr-011 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| CODY MICHAEL GIBBS, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about November 5, 2023, in the Southern District of Iowa, the defendant, CODY MICHAEL GIBBS, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Beretta, model APX, nine-millimeter pistol, with serial number AXC052281. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, CODY MICHAEL GIBBS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense(s), including, but not limited to, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____

Kristin M. Herrera
Douglas D. Hammerand
Assistant United States Attorneys

2