# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge
Criminal No. 4:24-cr-00011-RGE-HCA-1 : Clerk's Court Minutes – Plea

---

| United States of America | : | Gov. Atty(s): Douglas Hammerand |
| vs. | : | Def. Atty(s): Melanie S. Keiper |
| | : | Court Reporter: Karla Ray |
| Cody Michael Gibbs | : | Interpreter: N/A |

---

Date: July 18, 2024
Time Start: 1:58 p.m.
Time End: 2:19 p.m.

✔ Indictment  ☐ Superseding Indictment  ☐ Information
In 1 Count(s) – Code Violation:
Ct 1 - 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm

☐ Certified/Language Skilled interpreter sworn
✔ Consent to magistrate accepted
✔ Defendant sworn
✔ Defendant advised of potential perjury charges
☐ Plea agreement filed/to be filed
  ☐ Defendant understands
  ☐ Defendant agrees
✔ There is no plea agreement to file
✔ Defendant advised of nature of charges
✔ Defendant advised of elements
✔ Defendant satisfied with attorney
✔ Defendant advised of penalties
  ✔ Maximum fine/incarceration
  ☐ Mandatory minimum fine/incarceration
  ✔ Forfeiture/restitution
  ✔ Supervised release
    ✔ Maximum
    ☐ Mandatory minimum
  ✔ Mandatory Special Assessment
✔ No promises made regarding sentence
✔ Defendant advised of sentencing guidelines
✔ Defendant waives rights to jury trial
✔ Defendant advised of right to persist in not guilty plea

☐ Defendant plea of guilty to Count(s): 1
Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea
✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing
✔ Counsel informed they have 14 days to file any objection to Report and Recommendation
☐ Court accepts plea
☐ Court rejects plea
Offense Conduct Statement due: To be set by further order
PSR to be disclosed to counsel: To be set by further order
Objections to PSR due: To be set by further order
Applicability of advisory guideline
to the Court due: 10 days before sentencing
Sentencing date: November 22, 2024 at 8:30 a.m.
Before: The Honorable Rebecca Goodgame Ebinger
In: Des Moines Courthouse    Rm: 160
Custody status:
✔ Detention
☐ Bond

---

Additional Information:




/s/ K. Platt
Deputy Clerk